# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| Plaintiff, | ) ) ) ) C.A. No. 23-136-GBW |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| HYPHAMETRICS, INC., | ) ) |
| Defendant. | ) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for admission *pro hac vice* of Mark H. Anania, Michael B. Eisenberg, Kristen M. Smith, Stephanie Lopez, and David L. D'Amato of Stevens & Lee, P.C. to represent Defendant HyphaMetrics, Inc. in this matter.

Dated: May 11, 2023

*s/ Stacey A. Scrivani*
Stacey A. Scrivani (No. 6129)
**STEVENS & LEE**
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: 302-425-3306

*Counsel for HyphaMetrics, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

Date: _____          _____
                                    **The Honorable Gregory B. Williams**

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*** 

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and New York. I am also admitted to practice in the United States Court of Appeals for the Federal Circuit, the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 11, 2023                            */s/ Mark H. Anania*_____
                                               Mark H. Anania
                                               **STEVENS & LEE**
                                               Princeton Pike Corporate Center
                                               100 Lenox Drive, Suite 200
                                               Lawrenceville, NJ 08648
                                               Tel: 609-718-0969
                                               mark.anania@stevenslee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the States of New York and the District of Columbia. I am also admitted to practice in the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Western District of New York, and the United States District Court for the Western District of Wisconsin. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 11, 2023

*/s/ Michael B. Eisenberg*_____
Michael B. Eisenberg
**STEVENS & LEE, P.C.**
485 Madison Avenue
20th Floor
New York, NY 10022
T: 646-254-6381
F: 610-371-8591
michael.eisenberg@stevenslee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and Pennsylvania. I am also admitted to practice in the United States Court of Appeals for the Third Circuit, the United States District Court for the District of New Jersey, and the United States District Court for the Eastern District of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 11, 2023

*/s/ Kristen M. Smith*
Kristen M. Smith
**STEVENS & LEE**
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648
Tel: 215-781-2874
kristen.smith@stevenslee.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bars of the States of New Jersey and New York. I am also admitted to practice in the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Second Circuit, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 11, 2023

*/s/ Stephanie Lopez*
Stephanie Lopez
**STEVENS & LEE, P.C.**
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
T: 201-857-6768
F: 610-371-7933
stephanie.lopez@stevenslee.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey. I am also admitted to practice before the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 11, 2023                                              */s/ David L. D'Amato*_____
                                                                 David L. D'Amato
                                                                 **STEVENS & LEE, P.C.**
                                                                 Princeton Pike Corporate Center
                                                                 100 Lenox Drive
                                                                 Suite 200
                                                                 Lawrenceville, NJ 08648
                                                                 T: 609-718-0907
                                                                 F: 610-371-7908
                                                                 david.damato@stevenslee.com