# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-136-GBW |
| v. ) | (Consolidated) |
| ) | |
| HYPHAMETRICS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Douglas Lewis of Kelley Drye & Warren LLP, 333 West Wacker Drive, Chicago, IL 60606 to represent Plaintiff The Nielsen Company (US), LLC in this matter.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

Dated: July 28, 2023
10940788 / 14944.00006

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____                           _____
                                                                  United States District Judge

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 28, 2023              Signed: */s/ Douglas Lewis*
                                          Douglas Lewis
                                          Kelley Drye & Warren LLP
                                          333 West Wacker Drive, 26th Floor
                                          Chicago, IL 60606
                                          Tel: (312) 857-7096
                                          dlewis@kelleydrye.com