**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-136-GBW-CJB |
| v. | ) | (Consolidated) |
| | ) | |
| HYPHAMETRICS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**SOURCE CODE ACCESS AGREEMENT**

The parties jointly move for and stipulate to the entry of this Source Code Access Agreement, which will supplement the general Protective Order to be submitted by the parties.

1. Unless otherwise agreed to in writing between the Producing Party and the Receiving Party, all relevant and properly requested Source Code shall only be provided on a secured stand-alone computer (a computer not connected to a network, Internet, or a peripheral device, "Source Code Computer") residing in a secure location at the offices of (a) the Producing Party, (b) the Producing Party's outside counsel, (c) any other location to which the parties jointly agree. The election among the above locations for production rests with the Producing Party. Should a Receiving Party reasonably require additional Source Code Computers, the Parties shall meet and confer on the Receiving Party's request, and any Costs associated with providing additional Source Code Computers shall be borne by the Receiving Party making the request.

2. Source code review shall be conducted during regular business hours (9:00 a.m. through 5:00 p.m. local time) or at other mutually agreeable times. The parties agree to cooperate in good faith, such that maintaining the Producing Party's Source Code at the offices of

the Producing Party or the Producing Party's outside counsel or any other facility will not unreasonably hinder the Receiving Party's ability to efficiently and effectively conduct the prosecution or defense of this action.

3. The Receiving Party must give notice to the Producing Party at least five (5) business days in advance of the requested inspection, each time the Receiving Party requests a review of Source Code on the Source Code Computer(s). The Receiving Party is entitled to inspect on as many separate occasions as reasonably needed within the timing procedures identified above and the Court's fact discovery deadline.

4. The Receiving Party shall identify in writing all individuals it requests be given access to the Source Code at least ten (10) business days prior to the first inspection. Proper identification includes the individual's full name, city and state of the individual's primary residence, and current employer(s). Each party can identify experts for Source Code review. Access to the Source Code Computer(s) shall be permitted, after notice to the Producing Party and an opportunity to object, to two (2) outside counsel representing the Receiving Party and no more than two (2) experts retained by the Receiving Party per patent at issue in the above-captioned cases, all of whom have been approved under the Protective Order in place. The Producing Party shall not unreasonably deny access to any additional experts retained by the Receiving Party that the Producing Party has indicated would be replacing an original expert retained by the Receiving Party. The Producing Party may object to providing access to any persons so identified and, if so, must set forth in detail the grounds on which it is objecting. The Producing Party may also deny access to any individual who fails to properly provide identification. Objections and denials of access must be in writing, and disputes over such

issues shall be presented to the Court for resolution unless resolved by agreement among the parties.

5. Subject to Paragraph 1 of this Agreement, and unless otherwise agreed upon, the Producing Party will provide a Source Code Computer for each expert retained by the Receiving Party, who are reviewing the Source Code. At the secured location where the Source Code Computer(s) reside, the Producing Party will also provide an external monitor, a keyboard, and a mouse to use with each Source Code Computer(s).

6. The Source Code Computer(s) shall have disk encryption and be password protected. Notwithstanding any page limits present in this Agreement, the Receiving Party may at any time print a manifest of the contents of the Source Code Computer(s). The printed manifest, which will be supplied to the Receiving Party in printed form, will (technology permitting) list the name, location (*e.g.*, file path), and MD5 checksum of every source and executable file escrowed on the computer(s). In advance of its first visit, the Receiving Party may request that the Producing Party generally identify the programming languages that were used to author the code for the files on the Source Code Computer(s).

7. The Source Code Computer(s) should also include agreed upon software in order to assist in the review of the Source Code. The Source Code Computer(s) may include (a) Windows 10 or Windows 11; (b) dnGrep dnGrep (https://github.com/dnGrep/dnGrep/releases); (c) Notepad++ (https://notepad-plus-plus.org/); (d) Acrobat Reader for PDF files (https://get.adobe.com/reader/) (e) 7-Zip (http://www.7-zip.org/) (f) Visual Studio Code including C/C++ and Java Plugins (https://www.visualstudio.com/downloads/); (g) libreoffice (https://www.libreoffice.org/); (h) Git for Windows (https://git-scm.com/download/win); (i) the ability to print to PDF; (j) Eclipse for Java Enterprise and Web Developers

(https://www.eclipse.org/downloads/packages/); (k) Eclipse IDE for C/C++ Developers (https://www.eclipse.org/downloads/packages/); and (l) Linux Subsystem for Windows with Ubuntu and Kali Linux, including: (i) git; (ii) build-essential (iii) vim (iv) binutils; and (v) python. Costs associated with the purchase or installation of such software tools, including any licenses, shall be borne by the party requesting its use.

8. The parties shall take reasonable steps to produce all Source Code with any software required to allow review of the code in a manner reasonably equivalent to the review in the ordinary course of business by the Producing Party, including providing the Receiving Party Source Code the ability to (a) view, search, and line-number any source file, (b) search for a given pattern of text through a number of files, and (c) compare two files and display their differences. Should the Receiving Party believe that the provided software is insufficient, it may request software utilities or related plug-ins per the procedure of Paragraph 9. The Reviewing Party may provide a reasonable set of certain searchable PDFs of documents produced by the Producing Party—such as wikis or other documents relevant to the review or source code—to be included on the Source Code Computer(s), with at least seven (7) days' notice to the Producing Party to allow for the review of such files by the Producing Party and the saving of such files to the Source Code Computer(s).

9. The Receiving Party may request that other publicly and/or commercially available software search tools for viewing and searching the Source Code be installed on the Source Code Computer(s), including open source software and/or plugins that may need to be downloaded from the internet through Visual Studio Code and other software. If such a request is made before the Source Code Computer(s) has been initially set up and its connectivity restricted, the Receiving Party shall provide the Producing Party with the physical

media containing such software tools at least seven (7) days in advance of the date upon which the Receiving Party wishes to have the additional software tools available for use on the Source Code Computer(s) or direct the Producing Party to where the software tools or plugins may be obtained on the internet. The Producing Party shall not be required to install software or plugins that requires substantial, unreasonable modifications to the hardware or software of the computer(s) and may object to a software tool installation within four (4) days of the Receiving Party's request (as calculated by Fed. R. Civ. P. 6). Costs associated with the purchase or installation of such software tools, including any licenses, shall be borne by the party requesting its use.

10. The Parties acknowledge that the Receiving Party may request the installation of additional publicly and/or commercially available software during the review of the Source Code, including plugins that may need to be downloaded from the internet through Visual Studio Code and other software after the Source Code Computer(s) has been initially set up and its connectivity restricted. The Receiving Party must provide any needed licenses for such software. The Producing Party may object to any such request within seven (7) days of the Receiving Party's request (as calculated by Fed. R. Civ. P. 6) including any such licenses needed for installation. In the event that a request is made with less than seven-days' notice, the Producing Party must make reasonable, good-faith efforts to provide its objection, or indicate that it has none, in the time allotted.

11. The Receiving Party shall be entitled to request printed copies of limited aspects of the Source Code. To designate the pages for printing, the Receiving Party shall print the selected page to an electronic PDF and place the PDF files in a folder on the desktop of the Source Code Computer(s) that shall be clearly labeled as a location for pages of Source Code

to be printed. The Producing Party shall then print and produce the designated pages with the appropriate Bates stamp and Protective Order designations. The Producing Party shall preserve and maintain a copy of each electronic PDF placed in the desktop folder of the Source Code Computer(s). A party may only seek to obtain printed copies of a reasonable number of pages, narrowly tailored to the needs of this case. Unless agreed to in writing by the Producing Party, the Receiving Party may not request printed copies of more than 15 consecutive pages, or an aggregate total of more than 350 pages, of the Source Code. If necessary, the Receiving Party may request printed copies of additional pages in excess of these limits, and such request, upon showing of good cause, shall not be unreasonably denied by the Producing Party. If, after meeting and conferring, the Producing Party and the Receiving Party cannot resolve the request to receive printed copies of additional pages, the Receiving Party shall be entitled to seek the Court's resolution.

12. Printed copies of the Source Code shall be logged and maintained by the Receiving Party in a secured, locked area under the direct control of counsel or experts for whom disclosure has been cleared. In addition to copies provided to experts, the Receiving Party's counsel may make a single copy of any printed pages of Source Code, which shall be maintained in the same manner as the original printed pages. In no event shall the total number of copies made exceed one for each expert identified above in Section 4 and one for counsel. Copies cannot be made for any other person or purpose. Any printed pages of Source Code may not otherwise be copied, digitally imaged, or otherwise duplicated, except in limited excerpts necessary to attach as exhibits to depositions, expert reports, or court filings. The Receiving Party shall only include such excerpts as are reasonably necessary for the purposes for which such part of the Source Code is used.

13. The Receiving Party's outside counsel and/or expert shall be entitled to take notes relating to the Source Code but may not copy any portion of the Source Code into the notes. The Receiving Party's outside counsel and/or experts are permitted to (i) make and/or maintain electronic copies of their hand-written notes outside of the Source Code review room; and (ii) take such notes on the Source Code Computer(s) itself provided that such notes are not transmitted outside the Source Code review room and are deleted upon conclusion of the review. Any such notes shall be treated as though designated as "HIGHLY CONFIDENTIAL SOURCE CODE" under the Protective Order and shall be afforded the same protections contained therein. No copies of all or any portion of the Source Code may leave the room in which the Source Code is inspected except as otherwise provided herein. Further, no other written or electronic record of the Source Code is permitted except as otherwise provided herein.

14. Unless agreed to by the Producing Party, use or possession of any outside electronic devices (e.g., USB memory sticks, mobile phones or tablets, cameras, laptops, floppy disks, CDs, zip drives, or any device that can access the Internet or any other network or external system, etc.) or any non-electronic devices capable of similar functionality is prohibited while accessing the Source Code Computer(s). All persons entering the room containing the Source Code Computer(s) must agree to submit to reasonable security measures to ensure they are not carrying any prohibited items before they will be given access to the room. The Producing Party shall make a separate room close in proximity to the review room available for the Receiving Party's outside counsel and expert to leave personal belongings, including phones and laptops, and in which such individuals may work and take notes and use their computers.

15. The Producing Party shall keep a log that records the identity of individuals who enter the room to view the Source Code and when they start and end each review day. The

Receiving Party shall log the identity of individuals to whom a copy of the Source Code is provided, when the copy was provided to that person, and where the copy is stored. The other Party is entitled to a copy of each log.

16. Within ninety (90) days (as calculated by Fed. R. Civ. P. 6) after the issuance of a final, non-appealable decision resolving all issues in the case, the Receiving Party shall serve upon the Producing Party the log it created in accordance with Paragraph 15 and, at the Producing Party's option, either serve upon the Producing Party, or certify the destruction of, all paper copies of the Producing Party's Source Code. In addition, all persons to whom the paper copies of the Source Code were provided must certify in writing that all copies of the Source Code were returned to the counsel who provided them the information and that they will make no use of the Source Code or of any knowledge gained from the Source Code in any future endeavor.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

STEVENS & LEE

By: */s/ Stacey Scrivani*
Stacey Scrivani (#6129)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 425-3306
stacey.scrivani@stevenslee.com

OF COUNSEL:

Paul H. Berghoff
James L. Lovsin
Mateusz J. Kulesza
Alexandra E. MacKenzie
Daniel Gonzalez, Jr.
Carlton J Hemphill
McDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Melvin Gaddy
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Brett Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

OF COUNSEL:

Mark H. Anania
Kristen M. Smith
David L. D'Amato
STEVENS & LEE
Princeton Pike Corporate Center
100 Lenox Drive, Suite 200
Lawrenceville, NJ 08648

Michael B. Eisenberg
STEVENS & LEE
485 Madison Avenue
20th Floor
New York, NY 10022

Stephanie Lopez
STEVENS & LEE
669 River Drive
Suite 201
Elmwood Park, NJ 07407

*Attorneys for Defendant HyphaMetrics, Inc.*

Dated: August 23, 2023
10982502 / 14944-00006

IT IS SO ORDERED, this ____ day of ________________, 2023.

______________________________
United States Magistrate Judge