IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HYPHAMETRICS, INC.<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 23-136-GBW-CJB<br>) (consolidated)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of October, 2023, **DEFENDANT'S INITIAL INVALIDITY CONTENTIONS** were served upon the below-named counsel of record at the addresses and in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Steven Yovits, Esquire<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606 | VIA ELECTRONIC MAIL |
| Clifford Katz, Esquire<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007 | VIA ELECTRONIC MAIL |
| Joshua B. Long, Esquire<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027 | VIA ELECTRONIC MAIL |

Paul H. Berghoff, Esquire
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606

<u>VIA ELECTRONIC MAIL</u>

ASHBY & GEDDES

/s/ *John G. Day*

_____
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel:*

Edward A. Pennington
Beth Oliak
Pennington Oliak PLLC
1055 Thomas Jefferson Street, NW, Suite L35
Washington DC  20007
(202) 897-2725

Dated:  October 31, 2023