**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-136-GBW-CJB |
| v. | ) | (Consolidated) |
| | ) | |
| HYPHAMETRICS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain deadlines in the Scheduling Order [D.I. 22] shall be amended as set forth below. All other dates in the Scheduling Order shall remain in effect.

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Exchange of List of Claim Terms and Proposed Constructions | 11/17/2023 | 11/27/2023 |
| Interim Status Report on Discovery | 11/17/2023 | 11/27/2023 |
| Respond to and Provide Proposed Constructions for Any Terms for which the Party Did Not Initially Provide a Construction | 12/1/2023 | 12/8/2023 |
| Joint Claim Construction Chart Due | 12/8/2023 | 12/14/2023 |
| Plaintiff's Opening Claim Construction Brief | 1/5/2024 | 1/15/2024 |
| Defendant's Answering Claim Construction Brief | 2/9/2024 | 2/13/2024 |
| Plaintiff's Reply Claim Construction Brief | 2/23/2024 | 2/27/2024 |

| | | |
|---|---|---|
| Defendant's Sur-Reply Claim Construction Brief | 3/13/2024 | 3/15/2024 |
| Filing of Joint Claim Construction Brief | 3/20/2024 | Unchanged |
| Deadline to Request Leave to Present Testimony at Claim Construction Hearing and Inform Court of Time Needed for Hearing | 3/20/2024 | Unchanged |
| Hearing on Claim Construction | 5/15/2024 | Unchanged |

POTTER ANDERSON & CORROON LLP

*/s/ Andrew L. Brown*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 1901
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@pottersanderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff*
*The Nielsen Company (US), LLC*

ASHBY & GEDDES

*/s/ John G. Day*
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant HyphaMetrics. Inc.*

    IT IS SO ORDERED this _____ day of November 2023.

                                                     _____
                                                        United States Magistrate Judge

11170082