#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 23-136-GBW-CJB |
| ) | (Consolidated) |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| HYPHAMETRICS, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on December 28, 2023, upon the following attorneys of record as indicated below:

THE NIELSEN COMPANY (US), LLC'S FOURTH SET OF REQUESTS FOR
THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 148-162)
**[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**

### VIA ELECTRONIC MAIL

| | |
|---|---|
| John G. Day | Edward A. Pennington |
| Andrew C. Mayo | Beth Oliak |
| ASHBY & GEDDES | PENNINGTON OLIAK PLLC |
| 500 Delaware Avenue, 8th Floor | 1055 Thomas Jefferson Street, NW |
| P.O. Box 1150 | Suite L35 |
| Wilmington, DE 19899 | Washington DC 20007 |
| jday@ashbygeddes.com | epennington@pennoliak.com |
| amayo@ashbygeddes.com | beth.oliak@fjc.net.au |

OF COUNSEL:

Paul H. Berghoff
James L. Lovsin
Mateusz J. Kulesza
Alexandra E. MacKenzie
Christopher M. Scurry
Carlton J Hemphill
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606
Tel: (312) 913-0001

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Melvin Gaddy
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
Jolie Brett Schenerman
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Dated: December 28, 2023
11234291 / 14944-00006

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*