# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) C.A. No. 23-136-GBW-CJB <br> v. ) (Consolidated) <br> ) <br> HYPHAMETRICS, INC., ) **JURY TRIAL DEMANDED** <br> ) <br> Defendant. ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on December 21, 2023, upon the following attorneys of record as indicated below:

> THE NIELSEN COMPANY (US), LLC'S THIRD SET OF REQUESTS FOR PRODUCTION (NOS. 126-147)
>
> THE NIELSEN COMPANY (US), LLC'S SECOND SET OF INTERROGATORIES

## VIA ELECTRONIC MAIL

John G. Day
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashbygeddes.com
amayo@ashbygeddes.com

Edward A. Pennington
Beth Oliak
PENNINGTON OLIAK PLLC
1055 Thomas Jefferson Street, NW
Suite L35
Washington DC 20007
epennington@pennoliak.com
beth.oliak@fjc.net.au

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul H. Berghoff<br>James L. Lovsin<br>Mateusz J. Kulesza<br>Alexandra E. MacKenzie<br>Christopher M. Scurry<br>Carlton J Hemphill<br>Jerry Lu<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive, Suite 3200<br>Chicago, IL 60606<br>Tel:  (312) 913-0001 | By:  */s/ Andrew L. Brown*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel:  (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |
| Steven Yovits<br>Constantine Koutsoubas<br>Douglas Lewis<br>Melvin Gaddy<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070 | |
| Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800 | |
| Dated: January 23, 2024<br>1128395/ 14944-00006 | |