IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

THE NIELSEN COMPANY (US), LLC,    )
                                  )
                    Plaintiff,    )
                                  )
         v.                       )    C.A. No. 23-136-GBW-CJB
                                  )    (consolidated)
HYPHAMETRICS, INC.                )
                                  )
                    Defendant.    )

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of February, 2024,

**HYPHAMETRICS'S RESPONSES TO NIELSEN'S THIRD SET OF REQUESTS FOR**

**PRODUCTION OF DOCUMENTS** and **HYPHAMETRICS'S RESPONSES TO**

**NIELSEN'S SECOND SET OF INTERROGATORIES** were served upon the below-named

counsel of record at the addresses and in the manner indicated:

David E. Moore, Esquire                    VIA ELECTRONIC MAIL
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

Steven Yovits, Esquire                     VIA ELECTRONIC MAIL
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606

Clifford Katz, Esquire                     VIA ELECTRONIC MAIL
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007

Joshua B. Long, Esquire                          <u>VIA ELECTRONIC MAIL</u>
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027

Paul H. Berghoff, Esquire                        <u>VIA ELECTRONIC MAIL</u>
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, IL 60606

ASHBY & GEDDES

*/s/ John G. Day*

_____

John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor

*Of Counsel:*

P.O. Box 1150
Wilmington, DE  19899

Edward A. Pennington
Beth Oliak
Pennington Oliak PLLC
1055 Thomas Jefferson Street, NW, Suite L35
Washington DC  20007
(202) 897-2725

(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

Dated:  February 13, 2024