# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYPHAMETRICS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23-136-GBW-CJB <br> (Consolidated) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain deadlines in the Scheduling Order [D.I. 22] shall be amended as set forth below.[1] All other dates in the Scheduling Order shall remain in effect.

Subject to approval of the Court, supplemental claim construction dates for U.S. Patent No. 11,893,782 (the "'782 Patent") have been set forth below. The Supplemental Opening Claim Construction Brief shall not exceed 5 pages. The Supplemental Answering Claim Construction Brief shall not exceed 5 pages. The Supplemental Reply Claim Construction Brief shall not exceed 3 pages. The Supplemental Sur-reply Claim Construction Brief shall not exceed 3 pages.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Supplemental Sur-Reply Claim Construction Brief | 3/15/2024 | Unchanged |
| Filing of Joint Claim Construction Brief | 3/20/2024 | Unchanged |

---

[1] Pursuant to Local Rule 16.4, counsel for the parties certifies that counsel has sent a copy of this request to their respective clients.

| | | |
|---|---|---|
| Deadline to Request Leave to Present Testimony at Claim Construction Hearing and Inform Court of Time Needed for Hearing | 3/20/2024 | Unchanged |
| Substantial Completion of Document Production | 3/22/2024 | 4/22/2024 |
| Hearing on Claim Construction | 5/15/2024 | Unchanged |
| Exchange of List of Supplemental Claim Terms and Proposed Constructions for '782 Patent | | 6/26/2024 |
| Respond to and Provide Proposed Constructions for Any Supplemental Terms for which the Party Did Not Initially Provide a Construction for '782 Patent | | 7/3/2024 |
| Supplemental Joint Claim Construction Chart Due for '782 Patent | | 7/10/2024 |
| Plaintiff's Supplemental Opening Claim Construction Brief for '782 Patent | | 7/24/2024 |
| Defendant's Supplemental Answering Claim Construction Brief for '782 Patent | | 8/7/2024 |
| Plaintiff's Supplemental Reply Claim Construction Brief for '782 Patent | | 8/14/2024 |
| Defendant's Supplemental Sur-Reply Claim Construction Brief for '782 Patent | | 8/21/2024 |
| Filing of Supplemental Joint Claim Construction Brief for '782 Patent | | 8/28/2024 |
| Deadline to Request Leave to Present Testimony at Supplemental Claim Construction Hearing and Inform Court of Time Needed for Hearing for '782 Patent | | 8/28/2024 |
| Plaintiff to Provide Final Infringement Contentions | 7/26/2024 | 8/26/2024 |
| Deadline for Plaintiff to Supplement Identification of All Accused Products | 7/26/2024 | 8/26/2024 |

| | | |
|---|---|---|
| Defendants to Provide Final Invalidity Contentions | 8/23/2024 | 9/23/2024 |
| Deadline for Defendants to Supplement Invalidity References | 8/23/2024 | 9/23/2024 |
| Fact Discovery Cut-Off | 8/30/2024 | 9/30/2024 |
| Supplemental Hearing on Claim Construction | | 10/16/2024 |
| Opening Expert Reports for Party Having Initial Burden of Proof | 9/27/2024 | 10/28/2024 |
| Rebuttal Expert Reports | 10/25/2024 | 11/25/2024 |
| Reply Expert Reports for Party Having Initial Burden of Proof | 11/12/2024 | 12/12/2024 |
| Expert Discovery Cut-Off | 12/13/2024 | 1/13/2025 |
| Case Dispositive Motions and *Daubert* Motions (Opening Briefs) | 2/10/2025 | 3/10/2025 |
| Answering Case Dispositive Briefs | 3/7/2025 | 4/7/2025 |
| Reply Case Dispositive Briefs | 3/28/2025 | 4/28/2025 |
| Joint Proposed Final Pretrial Order | 7/15/2025 | Unchanged |
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms | 7/10/2025 | Unchanged |
| Deadline to File Joint Proposed Final Pretrial Order | 7/14/2025 | Unchanged |
| Pretrial Conference | 7/22/2025 | Unchanged |

| Trial | 7/28/2025 | Unchanged |
|---|---|---|

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
| By:  */s/ Andrew L. Brown*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* | By: */s/ John G. Day*<br>    John G. Day (#2403)<br>    Andrew C. Mayo (#5207)<br>    500 Delaware Avenue, 8th Floor<br>    P.O. Box 1150<br>    Wilmington, DE  19899<br>    (302) 654-1888<br>    jday@ashbygeddes.com<br>    amayo@ashbygeddes.com<br><br>*Attorneys for Defendant HyphaMetrics. Inc.* |

Dated: March 27, 2024
11411524/ 14944-00006

      IT IS SO ORDERED this _____ day of March 2024.

                                      _____
                                      United States Magistrate Judge