**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-136-GBW-CJB |
| v. | ) (Consolidated) |
| | ) |
| HYPHAMETRICS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION OF ALFREDO CASTRO VALDEZ**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff The Nielsen Company (US), LLC ("Nielsen"), through its undersigned counsel, will take the oral deposition of Alfredo Castro Valdez. The deposition will take place on June 5, 2024, commencing at 9:30 am ET at the offices of Pennington Oliak PLLC, 1055 Thomas Jefferson Street, NW, Suite L35, Washington DC 2007, or at some other mutually agreeable time and place. The examination will be conducted before a person duly authorized by law to administer oaths, will be recorded by stenographic and videographic means, and will continue from day to day until completed. Nielsen reserves the right to use any information produced through deposition for the purpose of discovery, for use at trial, or for such other purposes as may be permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence. You are invited to attend and examine the deponent in accordance with the Federal Rules.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul H. Berghoff<br>James L. Lovsin<br>Mateusz J. Kulesza<br>Alexandra E. MacKenzie<br>Christopher M. Scurry<br>Carlton J Hemphill<br>Jerry Lu<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive, Suite 3200<br>Chicago, IL 60606<br>Tel:  (312) 913-0001 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |
| Steven Yovits<br>Constantine Koutsoubas<br>Douglas Lewis<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070 | |
| Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800 | |
| Joshua B. Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027<br>Tel: (713) 355-5000 | |

Dated:  April 11, 2024
11441560 / 14944.00006