**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-136-GBW-CJB |
| v. ) | (Consolidated) |
| ) | |
| HYPHAMETRICS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain deadlines in the Scheduling Order [D.I. 22] shall be amended as set forth below. All other dates in the Scheduling Order shall remain in effect.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant's Supplemental Answering Claim Construction Brief for '782 Patent[1] | 8/7/2024 | Unchanged |
| Plaintiff's Supplemental Reply Claim Construction Brief for '782 Patent | 8/14/2024 | Unchanged |
| Defendant's Supplemental Sur-Reply Claim Construction Brief for '782 Patent | 8/21/2024 | Unchanged |
| Filing of Supplemental Joint Claim Construction Brief for '782 Patent | 8/28/2024 | Unchanged |
| Deadline to Request Leave to Present Testimony at Supplemental Claim Construction Hearing and Inform Court of Time Needed for Hearing for '782 Patent | 8/28/2024 | Unchanged |

---

[1] The parties have not exchanged any terms of the '782 Patent for construction, and therefore the parties submit that the October 16, 2024 Supplemental Hearing on Claim Construction is moot.

| | | |
|---|---|---|
| Plaintiff to Provide Final Infringement Contentions | 8/26/2024 | 9/23/2024 |
| Deadline for Plaintiff to Supplement Identification of All Accused Products | 8/26/2024 | 9/23/2024 |
| Defendants to Provide Final Invalidity Contentions | 9/23/2024 | Unchanged |
| Deadline for Defendants to Supplement Invalidity References | 9/23/2024 | Unchanged |
| Fact Discovery Cut-Off | 9/30/2024 | Unchanged |
| Supplemental Hearing on Claim Construction | 10/16/2024 | Unchanged |
| Opening Expert Reports for Party Having Initial Burden of Proof | 10/28/2024 | Unchanged |
| Rebuttal Expert Reports | 11/25/2024 | Unchanged |
| Reply Expert Reports for Party Having Initial Burden of Proof | 12/12/2024 | Unchanged |
| Expert Discovery Cut-Off | 1/13/2025 | Unchanged |
| Case Dispositive Motions and *Daubert* Motions (Opening Briefs) | 3/10/2025 | Unchanged |
| Answering Case Dispositive Briefs | 4/7/2025 | Unchanged |
| Reply Case Dispositive Briefs | 4/28/2025 | Unchanged |
| Joint Proposed Final Pretrial Order | 7/15/2025 | Unchanged |
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms | 7/10/2025 | Unchanged |

| | | |
|---|---|---|
| Deadline to File Joint Proposed Final Pretrial Order | 7/14/2025 | Unchanged |
| Pretrial Conference | 7/22/2025 | Unchanged |
| Trial | 7/28/2025 | Unchanged |

<table>
<tr><td>

POTTER ANDERSON & CORROON LLP

By: */s/ Andrew L. Brown*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

</td><td>

ASHBY & GEDDES

By: */s/ John G. Day*
    John G. Day (#2403)
    Andrew C. Mayo (#5207)
    500 Delaware Avenue, 8th Floor
    P.O. Box 1150
    Wilmington, DE  19899
    (302) 654-1888
    jday@ashbygeddes.com
    amayo@ashbygeddes.com

*Attorneys for Defendant HyphaMetrics. Inc.*

</td></tr>
</table>

Dated: August 9, 2024
11692898/ 14944-00006

      IT IS SO ORDERED this _____ day of August 2024.

                                                                                          _____
                                                                                               U.S.D.J