# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYPHAMETRICS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23-136-GBW-CJB <br> (Consolidated) <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

WHEREAS, HyphaMetrics plans to make a document production on September 16, 2024;

WHEREAS, the deposition of Ms. Drews was scheduled for September 18, 2024, and the parties are working to reschedule the Drews deposition for the week of September 23, 2024; and

WHEREAS, the deposition of Mr. Lopez Zamudio was scheduled for September 20, 2024, and the parties are working to reschedule the Lopez Zamudio deposition for the week of September 23, 2024.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that certain deadlines in the Scheduling Order [D.I. 22] shall be amended as set forth below. All other dates in the Scheduling Order shall remain in effect.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiff to Provide Final Infringement Contentions | 9/23/2024 | 10/9/2024 |
| Deadline for Plaintiff to Supplement Identification of All Accused Products | 9/23/2024 | 10/9/2024 |
| Defendants to Provide Final Invalidity Contentions | 9/23/2024 | 10/9/2024 |

| | | |
|---|---|---|
| Deadline for Defendants to Supplement Invalidity References | 9/23/2024 | 10/9/2024 |
| Fact Discovery Cut-Off | 9/30/2024 | 10/21/2024 |
| Opening Expert Reports for Party Having Initial Burden of Proof | 10/28/2024 | 11/18/2024 |
| Rebuttal Expert Reports | 11/25/2024 | 12/16/2024 |
| Reply Expert Reports for Party Having Initial Burden of Proof | 12/12/2024 | 1/3/2025 |
| Expert Discovery Cut-Off | 1/13/2025 | 1/31/2025 |
| Case Dispositive Motions and *Daubert* Motions (Opening Briefs) | 3/10/2025 | Unchanged |
| Answering Case Dispositive Briefs | 4/7/2025 | Unchanged |
| Reply Case Dispositive Briefs | 4/28/2025 | Unchanged |
| Joint Proposed Final Pretrial Order | 7/15/2025 | Unchanged |
| Deadline to File Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms | 7/10/2025 | Unchanged |
| Deadline to File Joint Proposed Final Pretrial Order | 7/14/2025 | Unchanged |
| Pretrial Conference | 7/22/2025 | Unchanged |
| Trial | 7/28/2025 | Unchanged |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | ASHBY & GEDDES |
| By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE  19801 <br> Tel:  (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com | By: */s/ John G. Day* <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE  19899 <br> (302) 654-1888 <br> jday@ashbygeddes.com <br> amayo@ashbygeddes.com <br> <br> *Attorneys for Defendant HyphaMetrics. Inc.* |

*Attorneys for Plaintiff The Nielsen Company (US), LLC*

Dated: September 16, 2024
11740465 / 14944-00006


    IT IS SO ORDERED this _____ day of September 2024.


                                                _____
                                                              U.S.D.J