# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 23-136-GBW-CJB |
| v. ) | (Consolidated) |
| ) | |
| HYPHAMETRICS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION OF AMIR YAZDANI

PLEASE TAKE NOTICE that, pursuant to Judge William's recommendation, Plaintiff The Nielsen Company (US), LLC ("Nielsen"), through its undersigned counsel, will take the oral deposition of Amir Yazdani. The deposition will take place on July 30, 2025, commencing at 6:00 P.M. ET, or at some other mutually agreeable time. The deposition will be conducted in person before an officer authorized by law to administer oaths and attended by the witness and counsel for the parties at the offices of Potter Anderson & Corroon, LLP, located at 1313 N. Market Street, 6th Floor, Wilmington, DE 19801.

The examination will be recorded by stenographic and videographic means. Nielsen reserves the right to use any information produced through deposition for the purpose of discovery, for use at trial, or for such other purposes as may be permitted under the Federal Rules of Civil Procedure or the Federal Rules of Evidence. You are invited to attend and examine the deponent in accordance with the Federal Rules.

2

| | |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul H. Berghoff<br>James L. Lovsin<br>Mateusz J. Kulesza<br>Alexandra E. Criner<br>Christopher M. Scurry<br>Jerry Lu<br>Christian Karpinski<br>Taylor Weilnau<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive, Suite 3200<br>Chicago, IL 60606<br>Tel:  (312) 913-0001 | By:  */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Plaintiff The Nielsen Company (US), LLC* |
| Steven Yovits<br>Constantine Koutsoubas<br>Douglas Lewis<br>Jason P. Greenhut<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel:  (312) 857-7070 | |
| Clifford Katz<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800 | |
| Joshua B. Long<br>KELLEY DRYE & WARREN LLP<br>515 Post Oak Blvd., Suite 900<br>Houston, TX 77027<br>Tel: (713) 355-5000 | |
| Dated: July 29, 2025<br>12388200 / 14944-00006 | |

12388200v.1