IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-136-GBW-CJB |
| v. | ) (Consolidated) |
| | ) |
| HYPHAMETRICS, INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## VERDICT FORM

**Instructions:** When answering the following questions and completing this Verdict Form, please follow the directions provided and follow the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of usage of any legal term that appears in the questions below.

As used herein:

1. "Nielsen" refers to Plaintiff The Nielsen Company (US), LLC

2. "HyphaMetrics" refers to Defendant HyphaMetrics, Inc.

3. The "'588 Patent" refers to U.S. Patent No. 10,970,588

4. The "'901 Patent" refers to U.S. Patent No. 11,652,901

We, the jury, unanimously find as follows.

## DIRECT INFRINGEMENT

1. Has Nielsen proven by a preponderance of the evidence that HyphaMetrics directly infringed any of the following claims of the '588 Patent or the '901 Patent? (a "YES" answer is a finding for Nielsen; a "NO" answer is a finding for HyphaMetrics):

| '588 PATENT CLAIM | YES | NO |
|---|---|---|
| 1 |  | X |
| 10 |  | X |

| '901 PATENT CLAIM | YES | NO |
|---|---|---|
| 13 |  | X |
| 20 |  | X |
| 18 |  | X |
| 1 |  | X |

## WILLFUL INFRINGEMENT

2. If you answered "YES" to Question No. 1 above, has Nielsen proven by a preponderance of the evidence that HyphaMetrics' infringement of any of the following claims of the '588 Patent and the '901 Patent was willful? (a "YES" answer is a finding for Nielsen; a "NO" answer is a finding for HyphaMetrics):

| '588 PATENT CLAIM | YES | NO |
|---|---|---|
| 1 | | |
| 10 | | |

| '901 PATENT CLAIM | YES | NO |
|---|---|---|
| 13 | | |
| 20 | | |
| 18 | | |
| 1 | | |

3

# DAMAGES

You are only to answer Question 3 below if you have found any of the claims of the '588 Patent to be infringed.

A.  **The '588 Patent**

   3. What is the total amount of damages Nielsen has proven by a preponderance of evidence that it is entitled to be paid as a reasonable royalty for HyphaMetrics' infringement of the '588 Patent from the date of first infringement to the trial?

      Amount: $_____

You are only to answer Question 4 below if you have found any of the claims of the '901 Patent to be infringed

B.  **The '901 Patent**

   4. What is the total amount of damages Nielsen has proven by a preponderance of evidence that it is entitled to be paid as a reasonable royalty for HyphaMetrics' infringement of the '901 Patent from the date of first infringement to the trial?

      Amount: $_____

*Continue to next page.*

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return the Verdict Form under the instructions of this Court as our verdict in this case.



Dated: 8/1/2025